O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | SA 07-280M |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| ANDRES FIGUEROA-ARMENTA, | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

1          b. ( )   threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

2                  II.

3 The Court finds no condition or combination of conditions will reasonable assure:

4 A. ( X )   appearance of defendant as required; and/or

5 B. ( ) safety of any person or the community;

6                  III.

7 The Court has considered:

8 A. ( x) the nature and circumstances of the offense;

9 B. (x) the weight of evidence against the defendant;

10 C. (x) the history and characteristics of the defendant;

11 D. ( ) the nature and seriousness of the danger to any person or to the community.

12                  IV.

13 The Court concludes:

14 A. ( ) Defendant poses a risk to the safety of other persons or the community because:

15

16 B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

17      **Defendant is undocumented.  He has no ties to the community and no bail**

18      **resources.**

19

20 C. ( ) A serious risk exists that defendant will:

21      1. ( )   obstruct or attempt to obstruct justice;

22      2. ( )   threaten, injure or intimidate a witness/ juror; because:

23

24 D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

25      provided in 18 U.S.C. § 3142 (e).

26 ///

27 ///

28 ///

1  ///

3  IT IS ORDERED that defendant be detained prior to trial.

4  IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
5  facility separate from persons awaiting or serving sentences or person held pending appeal.

6  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
7  consultation with his counsel.

10  Dated: October 2, 2007

_____
Marc L. Goldman
U.S. Magistrate Judge